ATTORNEY GRIEVANCE COMMISSION    *    IN THE
    OF MARYLAND                        COURT OF APPEALS

                                 *    OF MARYLAND

                                 *    Misc. Docket AG No. 16

v.

                                 *    September Term, 2019

DMITRY DAVID BALANNIK

                                 *

## ORDER

UPON CONSIDERATION of the Joint Petition for Disbarment by Consent of the Attorney Grievance Commission of Maryland and the Respondent, Dmitry David Balannik, to disbar the Respondent from the practice of law pursuant to Maryland Rule 19-736, and the record herein, it is this 22nd day of November, 2019

ORDERED, by the Court of Appeals of Maryland, that, effective January 15, 2020, the Respondent, Dmitry David Balannik, be disbarred from the practice of law in the State of Maryland for violation of Rules 1.1, 1.2, 1.3, 1.4, 1.5, 1.16, 3.2, 3.4, 8.1(b), and 8.4 (a), (c) and (d) of the Rules of Professional Conduct; and it is further

ORDERED, that on January 15, 2020, the Clerk of this Court shall remove the name of Dmitry David Balannik from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk